# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jose Delgado Sandoval,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                 3:04-cv-51/3:01-cr-104-3

USA ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/31/05 Order.

**Signed: May 31, 2005**

Frank G. Johns, Clerk
United States District Court